## Commonwealth ex rel. Timperio *v.* Timperio, Appellant.

Submitted March 22, 1973. *Neil H. Stein, I. Raymond Kremer,* and *Kremer, Krimsky & Luterman,* for appellant; *Harry J. Liederbach,* for appellee.

Order affirmed.

## Grimm *v.* Reitnauer (et al., Appellant).

Submitted March 20, 1973. *Leo H. Eschbach,* for appellant; *Sherwood L. Yergey,* and *Kranzley, Wrigley, Yergey & Daylor,* for appellee.

Judgment affirmed.

## Ioli *v.* Ioli, Appellant.

Argued April 11, 1973. *Howard A. Minsky,* with him *Greenfield & Minsky,* for appellant; *Thomas W. Henderson,* with him *Koegler and Henderson,* for appellee.

Order affirmed.

## Ioli, Appellant, *v.* Ioli, Appellant.

Argued April 11, 1973. *Howard A. Minsky,* with him *Greenfield & Minsky,* for defendant;